AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Donald Pearston

)  Case: 1:23-mj-00253
)  Assigned To : Meriweather, Robin M.
)  Assign. Date : 09/13/2023
)  Description: Complaint W/ Arrest Warrant
)

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) __Donald Pearston__,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752 (a)(1) (Entering and Remaining in a Restricted Building or Grounds),
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds),
40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct on Capital Grounds),
40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in Capitol Building).

Date: 09/13/2023

2023.09.13
17:21:46 -04'00'

Issuing officer's signature

City and state: Washington, D.C.     Robin M. Meriweather, U.S. Magistrate Judge
Printed name and title

### Return

This warrant was received on (date) 09/14/23, and the person was arrested on (date) 09/20/23
at (city and state) Omaha, NE.

Date: 09/20/23

Arresting officer's signature

FBI SA Michael Martin
Printed name and title